UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| Chris Langer,<br><br>Plaintiff,<br><br>   v.<br><br>David Lyons; Jeffrey Lyons; and Does 1-10,<br><br>Defendants. | Case: 5:14-CV-01841-JGB-KK<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

**<u>ORDER</u>**

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: October 10, 2014

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE